Enter/JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY F. PIERCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | Case No. EDCV 10-0210 AN<br><br>JUDGMENT |

For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is affirmed and that this action is dismissed with prejudice.

DATED: December 7, 2010

　　　　　　　　　　　　　　　　　ARTHUR NAKAZATO
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE